AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Brown, Joe | Middle District TN | 05/16/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (Recall Full) | ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

Room 783 U.S. Courthouse
801 Broadway
Nashville, TN 37203

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee . Assets listed Part VII line 162 | Y P Trust. Trust for Family Cemetary Taylorsville KY |
| 2. | Lecturer in Criminal Law | Nashville School of Law |
| 3. | Adjunct Professor of Law | Vanderbilt University School of Law |
| 4. | Custodian Assets listed Part VII line 89 | Uniform Gift to Minors, Grandaughter C |
| 5. | Custodian Assets listed Part VII line 89 | Education trust for Grandaughter W |
| 6. | Custodian Assets listed Part VII line 89 | Education Trust for Grandaughter C |
| 7. | Custodian Assets listed Part VII line 89 | Education trust forGrandaughter J |
| 8. | Custodian Assets listed Part VII line 89 | Education trust for Grandaughter MH |
| 9. | Custodian Assets listed Part VII line 89 | Education trust for Grandaughter K |
| 10. | Custodian Assets listed Part VII line 89 | Education trust for Grandaughter CA |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/22/89 | Nashville School of Law, Agreement to teach a Course on Federal Criminal Law as scheduled. None taught 2015 |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 05/16/2016 |

2. 4/5/06 | Vanderbilt University School of Law, Agreement to teach course on Pretrial Litigation as scheduled. None taught 1015

3.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 05/16/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 05/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Abbvie Inc (ABBV) | A | Dividend | J | T | | | | | |
| 2. | Actavis PLC (ACT) | A | Dividend | | | Buy | 03/26/15 | J | | |
| 3. | | | | | | Buy (add'l) | 03/30/15 | J | | |
| 4. | | | | | | Merged (with line 6) | | | | |
| 5. | Adobe Systems (ADBE) | A | Dividend | J | T | | | | | |
| 6. | Allergan PLC,comm (AGN) | A | Dividend | J | T | | | | | Name change from line 4 |
| 7. | Alphabet Inc Class A (GOOGL) | A | Dividend | J | T | | | | | Name change Google Ln 58/9 |
| 8. | Amazon (AMZN) (Y) | | | | | | | | | Y lexss than 1000 |
| 9. | American Beacon (ABEYX) | A | Dividend | K | T | | | | | |
| 10. | American Capitol World Grth (CWGIX) | B | Dividend | J | T | | | | | name change line 30 |
| 11. | American Century Small Cap (ACVIX) | A | Dividend | J | T | | | | | |
| 12. | American Express Stock (AXP) | A | Dividend | K | T | | | | | |
| 13. | American International Group Inc (AIG) | A | Dividend | | | Sold | 11/09/15 | J | A | |
| 14. | Ameriprise Finl Inc (AMP) | A | Dividend | J | T | | | | | |
| 15. | Anadarko Pete Corp (APC) | A | Dividend | J | T | | | | | |
| 16. | Apple (AAPL) | A | Dividend | K | T | | | | | |
| 17. | Aplied Materials (AMAT) | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 05/16/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AQR Small Cap (QSERX) | A | Dividend | K | T | Buy | 02/06/15 | J | | |
| 19. | | | | | Buy (add'l) | 03/20/15 | J | | |
| 20. | | | | | Buy (add'l) | 11/12/15 | K | | |
| 21. | | | | | Sold (part) | 11/12/15 | J | | Part sold at loss |
| 22. Baird Core Plus Bond institutional (BCOIX) ( | A | Interest | J | T | | | | | |
| 23. Bank Of America (BAC) | A | Dividend | J | T | | | | | |
| 24. BB&T Corp (BBT) | A | Dividend | J | T | | | | | |
| 25. Bed Bath & Beyond (BBBY) (X) | A | Dividend | J | T | | | | | |
| 26. Blackrock Util and Telecom (MDGUX) | A | Dividend | J | T | | | | | |
| 27. Broadcom Corp (BRCM) | A | Dividend | J | T | Sold (part) | 08/06/15 | J | A | |
| 28. Canadial Picific Railray LTD (CP) | A | Dividend | J | T | | | | | |
| 29. Capital One Financial (COF) | A | Dividend | J | T | | | | | |
| 30. Capital World Gr & Iinc Fund (CWGIX) | A | Dividend | | | Merged (with line 10) | | | | Name change to Line 10 |
| 31. Cardinal Health Inc (CAH) | A | Dividend | J | T | | | | | |
| 32. Carlisle Cos Inc (CSL) | A | Dividend | J | T | Buy | 01/13/15 | J | | |
| 33. Carmax Inc (KMX) | A | Dividend | J | T | Buy | 07/02/15 | J | | |
| 34. Caterpillar (CAT) | | None | | | Sold | 04/07/15 | J | | Sold at loss |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 05/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Carvinal Corp (CCL) | A | Dividend | J | T | | | | | |
| 36. CBS Corp (CBS) | A | Dividend | J | T | Buy | 01/20/15 | J | | |
| 37. Chevron (CVX) | A | Dividend | | | Sold | 09/09/15 | J | | Sold at loss |
| 38. Cisco Sys Inc (CSCO) | A | Dividend | K | T | | | | | |
| 39. CIT Group (CIT) | A | Dividend | | | Merged (with line 40) | | | | Name change line 40 |
| 40. CITIGROUP Inc Com New (C) | A | Dividend | J | T | Sold (part) | 08/03/15 | J | A | change name combine CIT=C |
| 41. Citrix Sys inc (CTSX) | | | | | Sold | 01/16/15 | J | | Sold at loss |
| 42. CMS Energy (CMS) | A | Dividend | J | T | | | | | |
| 43. Comcast (CMCSA) | A | Dividend | | | Sold | 06/15/15 | J | A | |
| 44. Conocophillips (COP) | A | Dividend | J | T | Buy | 09/09/15 | J | | |
| 45. CVSHealth Corp (CVS) | A | Dividend | J | T | | | | | Name change only |
| 46. Delaware Value Instl (DDVIX) | A | Dividend | K | T | | | | | |
| 47. Deplhi Automotive (DLPH) | A | Dividend | J | T | | | | | |
| 48. Disney Walt (DIS)(Y) | | | | | | | | | Value- $1000 sold 2014 |
| 49. Dollar General Corp (DG) | A | Dividend | J | T | Buy | 08/12/15 | J | | |
| 50. Eaaton Corp PLC (ETN) | A | Dividend | J | T | | | | | |
| 51. Enegizer Hlodings (ENG)(Y) | | | | | | | | | Value- 1000/ 200 Sold 2014 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 05/16/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. First Eagle Overseas (SGIOX) | A | Dividend | | | Sold (part) | 10/06/15 | J | | part sold at loss |
| 53. | | | | | Sold | 10/08/15 | J | A | All sold |
| 54. Franklin TN School Dist Bonds | A | Interest | | | Matured | 06/02/15 | J | D | |
| 55. Freeport McMoran inc (FCX) | A | Dividend | J | T | Buy | 01/23/15 | J | | |
| 56. General Electric (GE) | A | Dividend | J | T | | | | | |
| 57. Gilead Scientific Inc (GILD) | A | Dividend | J | T | | | | | |
| 58. Google Class A ((GOOGL) | A | Dividend | | | Merged (with line 7) | | | | Name change line 7 |
| 59. Google Class C (GOOG) | A | Dividend | | | Merged (with line 7) | | | | Name change line 7 |
| 60. Halliburton (HAL) | A | Dividend | J | T | | | | | |
| 61. Harding Loevner Intl Equity (HMLIX) | A | Dividend | K | T | | | | | |
| 62. Health Stream Stock (HSTM) | A | Dividend | K | T | Donated (part) | 12/21/15 | J | | Donated part to church |
| 63. Heartland Value Plus (HNVIX) | A | Dividend | K | T | Buy (add'l) | 02/06/15 | J | | |
| 64. | | | | | Sold (part) | 11/12/15 | J | | Part sold at loss |
| 65. | | | | | Buy (add'l) | 12/29/15 | J | | |
| 66. Hologic Inc (HOLX) | A | Dividend | K | T | Buy | 05/21/15 | J | | |
| 67. Home Depot (HD) | A | Dividend | J | T | | | | | |
| 68. Honeywell Int Inc (HON) | A | Dividend | J | T | Buy | 07/20/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 05/16/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Hotckins & Wiley FDS (HWSIX) | A | Dividend | J | T | Sold (part) | 02/06/15 | J | A | |
| 70. Hyatt Hotels Corp (H) (Y) | | | | | | | | | Value under $1000/200 |
| 71. Huntsman Corp (HUN) | A | Dividend | J | T | Buy | 10/02/15 | J | | |
| 72. ING Intermediate Bond Fund (IIBWX) | | | | | Merged (with line 190) | | | | Name change to VOYA |
| 73. Intel Stock (INTC) | B | Dividend | K | T | | | | | |
| 74. International Business Machine (IBM)(Y) | | | | | | | | | value under 1000/200 |
| 75. Intercontential Exchange (ICE) | A | Dividend | J | T | | | | | |
| 76. International Paper Co (IP) | | None | | | Sold | 01/27/15 | J | A | |
| 77. IsharesNational Amt Free Muni (MUB) | A | Dividend | J | T | | | | | |
| 78. Ishares MSCI EAFE IDX (EFA) | A | Dividend | J | T | | | | | |
| 79. Ishares Russell 1000 Value (IWB) | A | Dividend | K | T | Buy (add'l) | 03/13/15 | J | | |
| 80. | | | | | Buy (add'l) | 03/16/15 | J | | |
| 81. | | | | | Buy (add'l) | 03/17/15 | J | | |
| 82. | | | | | Buy (add'l) | 03/18/15 | J | | |
| 83. | | | | | Buy (add'l) | 09/03/15 | J | | |
| 84. | | | | | Sold (part) | 03/13/15 | J | A | |
| 85. | | | | | Sold (part) | 03/16/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 10 of 19

Name of Person Reporting

Brown, Joe

Date of Report

05/16/2016

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 03/17/15 | J | A | |
| 87. | | | | | Sold (part) | 03/18/15 | J | A | part sold at loss |
| 88.   Ishares Russell 2000 (IWN) | A | Dividend | J | T | Buy (add'l) | 08/03/15 | J | | |
| 89. | | | | | Sold (part) | 08/03/15 | J | A | |
| 90.   Johnson Controls (JCI) | A | Dividend | J | T | | | | | |
| 91.   Johnson & Johnson (JNJ) | A | Dividend | J | T | | | | | |
| 92.   JPMORGAN (JPM) | A | Dividend | J | T | | | | | |
| 93.   Juniper Networks (JNPR) | A | Dividend | J | T | | | | | |
| 94.   Keycorp new (KEY) | A | Dividend | J | T | | | | | |
| 95.   Kohks Corp (KSS) | A | Dividend | | | Sold | 03/02/15 | J | A | |
| 96.   Kroger Co (KR) | A | Dividend | J | T | Buy | 09/17/15 | J | | |
| 97.   Lazard Emerging Markets (EMBIX) | A | Dividend | J | T | Buy | 10/07/15 | J | | |
| 98.   Lazard Intl Strategic Equity Portfolio (LISIX) | A | Dividend | K | T | Buy (add'l) | 10/07/15 | J | | |
| 99. | | | | | Buy (add'l) | 10/09/15 | K | | |
| 100.  LKCM Small-Mid Cap Equity (LKSMX) | A | Dividend | K | T | Sold (part) | 02/06/15 | J | A | |
| 101. | | | | | Sold (part) | 03/20/15 | J | B | |
| 102.  Marathon Oil Corp (MRO) | A | Dividend | | | Sold | 12/17/15 | J | | Sold at loss |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 05/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Medtronics PLC (MDT) | A | Dividend | J | T | Buy | 04/01/15 | J | | |
| 104. Merck & Company (MRK) | A | Dividend | J | T | | | | | |
| 105. Metlife (MET) | A | Dividend | J | T | | | | | |
| 106. MFS Growth Fund (MFEIX) | A | Dividend | K | T | | | | | |
| 107. Micron Techonology (MU) | A | Dividend | J | T | Buy | 04/29/15 | J | | |
| 108. Microsoft Stock (MSFT) | B | Dividend | L | T | | | | | |
| 109. Monsanto (MON) | A | Dividend | | | Sold | 09/16/15 | J | A | |
| 110. Morgan Stanley (MS) | A | Dividend | J | T | | | | | |
| 111. Morgan Stanley Mutual Fund (VADBX) (Retirement account)(Y) | A | Dividend | | | Merged (with line 112) | | | | Changed to NSL Funds |
| 112. Nashville School of Law IRA Unit investment trust | A | Dividend | J | T | | | | | Changed from line 111 |
| 113. NXP Semiconductor (NXPI) | A | Dividend | J | T | | | | | |
| 114. Occidental Pete Co (OXY) | A | Dividend | J | T | | | | | |
| 115. OHIO College Advantage 529 plan Black Rock Growth Portfolio (ALL GC) | A | Dividend | O | T | | | | | |
| 116. Omnicom Group (OMC) | A | Dividend | J | T | | | | | |
| 117. Oracle Corp Common (ORCL) | A | Dividend | J | T | Buy | 08/07/15 | J | | |
| 118. Parker Hannifin (PH) | A | Dividend | | | Sold | 09/23/15 | J | | Sold at loss |
| 119. Pepisco Inc (PEP) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 05/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Pfizer Inc (PFE) | A | Dividend | J | T | | | | | |
| 121. Phillip Morris (PN) | A | Dividend | | | Sold | 04/12/15 | J | | Sold at loss |
| 122. PIMCO Commodities Plus Strategies Fund (PCLIX) | A | Dividend | | | Sold | 08/18/15 | J | | Sold at loss |
| 123. PIMCO Total Return (PTTRX) | | | | | Merged (with line 122) | | | | |
| 124. Procter & Gamble Co (PG) | A | Dividend | J | T | | | | | |
| 125. Qualcomm Inc | A | Dividend | | | Buy | 03/13/15 | J | | |
| 126. | | | | | Sold | 11/04/15 | J | | Sold at loss |
| 127. RIO Tinto PLC (RIO) | A | Dividend | | | Sold | 03/10/15 | J | | All sold at loss |
| 128. Rydex ETF S&P 500 Equal Weight (RSP) | A | Dividend | J | T | | | | | Sold in 12/30/2011 VII |
| 129. Rydex S&P Pure Gr Mid Cap ETF (RFG) (Y) | | | | | | | | | " |
| 130. Rydex S&P Small Cap ETF (RZG)(Y) | | | | | | | | | " |
| 131. Royal Caribbean Cruises (RCL) | A | Dividend | J | T | Buy | 04/23/15 | J | | |
| 132. Sandisk Corp (SNDK) | A | Dividend | | | Sold | 03/27/15 | J | | Sold at loss |
| 133. Schlumberger Limited (SLB) | A | Dividend | J | T | | | | | |
| 134. Schroder Emerging Markets (SEMNX) | A | Dividend | J | T | | | | | |
| 135. Signet Jewlers LTD (SIG) | A | Dividend | J | T | | | | | |
| 136. Southwestt Airlines (LUV) | A | Dividend | J | T | Buy | 08/20/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 05/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Spirit Aerosystems Hldgs Inc (SPR) | A | Dividend | J | T | | | | | |
| 138.  SPDR Barcklays Municipal Bond ETF (TFI) | A | Int./Div. | J | T | | | | | Merged from line 139 |
| 139.  SPDR Series Trust Nuva (TFI) | | | | | Merged (with line 138) | | | | |
| 140.  State TR Corp (STT) | A | Dividend | J | T | Buy | 08/03/15 | J | | |
| 141.  Sysco Corp (SYY) | A | Dividend | | | Sold | 05/21/15 | J | A | |
| 142.  Target Corp (TGT) | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 143.  Texas Instruments Inc (TXN) | A | Dividend | J | T | | | | | |
| 144.  Thermo Fisher Scientific (TMO) | A | Dividend | J | T | | | | | |
| 145.  TJX COS Inc (TJX) | A | Dividend | J | T | Buy | 04/01/15 | J | | |
| 146.  Tractor Supply (TSCO) | A | Dividend | K | T | | | | | |
| 147.  TRW Automative Holdings Corp (TRW)(Y) | | | | | | | | | Under 1000/200 in 2014 |
| 148.  United Continental Holding Inc (UAL)(X) | A | Dividend | J | T | Buy (add'l) | 06/01/15 | J | | Purchase increased > $1000 |
| 149.  United Health Group (UNH) | A | Dividend | J | T | Buy | 07/17/15 | J | | |
| 150.  United Parcel Service (UPS) | A | Dividend | J | T | | | | | |
| 151.  United Techonologies Corp (UTX) | A | Dividend | | | Sold | 07/17/15 | J | A | All sold |
| 152.  USAA Agressive Grwth Fund (UIAGX) (Y) | | None | | | | | | | Value under 1000 in 2014 |
| 153.  USAA Emerging Markets (UIEMX) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 05/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. USAA High Income Fund (UIHIX) | A | Dividend | J | T | | | | | |
| 155. USAA Income Fund Institutional Shares (UIINX) | A | Int./Div. | J | T | | | | | |
| 156. USAA Managed Allocation (UMAFX) | A | Int./Div. | K | T | | | | | |
| 157. USAA Money Market (USAXX ) | A | Interest | J | T | Buy (add'l) | 10/06/15 | J | | |
| 158. | | | | | Sold (part) | 10/07/15 | J | | no gain |
| 159. USAA Precious Metals & Minersls Funds (UIPMX) | A | Int./Div. | J | T | | | | | |
| 160. USAA Real Return UIRRX | A | Int./Div. | J | T | | | | | |
| 161. USAA Short Term Bond Fund (UISBX) | A | Int./Div. | J | T | | | | | |
| 162. USAA S&P Index (USPRX)(X) | A | Dividend | J | T | | | | | Value under 1000 in 2014 |
| 163. USAA Tax Exempt Intermediate (USATX) | A | Int./Div. | M | T | | | | | |
| 164. USAA Tax Exempt Long Term (USTEX) (1Y) | A | Int./Div. | K | T | | | | | Value under 1000 in 2014 |
| 165. USAA Tax Exempt Short Term (USSTX) | A | Int./Div. | K | T | | | | | |
| 166. USAA Tax-Exempt Market (USEXX) (X) | A | Int./Div. | K | T | | | | | |
| 167. | | | | | Buy (add'l) | 01/30/15 | J | | |
| 168. | | | | | Sold (part) | 02/06/15 | J | | No gain |
| 169. | | | | | Sold (part) | 04/01/15 | J | | No gain |
| 170. | | | | | Buy (add'l) | 04/07/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 04/21/15 | J | | |
| 172. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 173. | | | | | Sold (part) | 06/16/15 | J | | No gain |
| 174. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 175. | | | | | Buy (add'l) | 08/18/15 | J | | |
| 176. | | | | | Sold (part) | 08/20/15 | J | | No gain |
| 177. | | | | | Sold (part) | 09/04/15 | J | | No gain |
| 178. | | | | | Buy (add'l) | 10/08/15 | J | | |
| 179. | | | | | Sold (part) | 10/09/15 | J | | No Gain |
| 180. | | | | | Sold (part) | 11/12/15 | J | | No Gain |
| 181. | | | | | Sold (part) | 12/24/15 | J | | No gain |
| 182. USAA Bank Checking Accounts 1408, 6058 | A | Int./Div. | K | T | | | | | |
| 183. Vanguard FTSE Europe ETF (VGK) | A | Int./Div. | J | T | Buy (add'l) | 01/29/15 | J | | |
| 184. Vanguard Index Funds (VOO | A | Dividend | J | T | Buy | 02/03/15 | J | | |
| 185. | | | | | Buy (add'l) | 08/20/15 | J | | |
| 186. Vanguard MSCI Emerging Markets ETF (VWO) | A | Int./Div. | | | Sold | 09/03/15 | J | | Sold at loss |
| 187. Verizon Communicaations (VZ) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Virtus Quality Small Cap (PXQSX)(Y) | | | | | | | | | Value went under 1000 |
| 189. Visa (V) | A | Dividend | J | T | | | | | |
| 190. VOYA Intermediate Bonds Class W (IIWBX) | A | Interest | J | T | | | | | |
| 191. Wal Mart Stock (WMT) | B | Dividend | M | T | | | | | |
| 192. Wells Fargo Stock (WFC) | A | Dividend | K | T | | | | | |
| 193. Wells Fargo CMA, Checking | A | Interest | J | T | | | | | |
| 194. Wells Fargo Sweep Accounts IRA and 60 and 57 Accounts | A | Interest | J | T | | | | | |
| 195. Yahoo Inc (YHOO)(Y) | | None | | | Sold | 09/14/14 | J | A | Sold 2014 |
| 196. Wisdomtree EMG Markets SMCAP (DGS) | | None | | | Sold | 02/03/15 | J | | Sold at loss |
| 197. 1/2 Interest Knox Brown Farms, Taylorsville, KY | A | Rent | N | W | | | | | |
| 198. 1/2 Interest Knox Brown Farms, Laporte, IN | E | Rent | P1 | W | | | | | |
| 199. Fidelity Mutual Life Ins Co. | A | Interest | J | T | | | | | |
| 200. Mass Mutual Life Insurance Policies | B | Dividend | M | T | | | | | |
| 201. Peoples Bank Taylorsville Sav Act (Family Cemetary Trust) | A | Interest | J | T | | | | | |
| 202. REGIONS Bank, Nashville Checking | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 05/16/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII

Line 201. Cemetary trust assets .

line 115. .This includes all funds for Grandchildren (GC) as custodial Part I lines 4-10. All shares in Ohio 529 plan and managed by Black Rock.

Line 2. changed name to Line 6 Value shown there.

Line 6. changed name from line 2

line 7. Name change from line 58/59 Income value reported here

line 10 Change of name from line 30 Value reported here

line 30 Change of name to line 10

Line 39 chnaged to 40

Line 40 changed from 39 Value reported here

line 48. Sold in 2014 when value under 1000 should have been removed then.

line 51. Sold in 2014 when value went under 1000 should have been removed then.

Lines 58 and 59. Name changed to line 7.

Line 72. name change to line 190.

Line 111. Name chand to line 112

Line 112 Name change from line 111. Value reported here.

Line 122 changed from linw 123. Value reported here.

Line 123 changed to line 122

Lines 128, 129 and 130. All were sold in 2011 and should not have been reported.

Line 138. Name changed from line 139. Value reported here.

line 139. Name changed to line 138.

Line 147. Value went under 1000 in 2014

Line 152. value went under 100 in 2014

line 162. value increaed in 2015 to require reporting

line 164. Value increased from 2104 to require reporting.

Line 190 Name change from line 72 value rewported here.

Line 195 Sold in 2014

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 05/16/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 05/16/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joe Brown**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544